**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | SARA JEAN FRANCO, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 20-10271 ELF |

# O R D E R

**AND NOW**, a hearing on the Motion for Relief from the Automatic Stay filed by LSF11 Master Participation Trust, By Caliber Home Loans, Inc. having been scheduled on **April 7, 2020, at 9:30 a.m.** ("the Hearing");

**AND**, due to the disruptions caused by the coronavirus pandemic, all court hearings presently being held telephonically;

**AND**, the court having continued the Hearing in order to give the Debtor instructions and the opportunity to appear at the hearing telephonically**;**

It is therefore **ORDERED** that:

1. The Hearing is **CONTINUED** to **April 21, 2020**, **at 9:30 a.m.**

2. The Debtor may appear at the Hearing telephonically by following the instructions on the court's website, found at: **https://www.paeb.uscourts.gov/file/conference-call-numbers**.

Date:  April 7, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:    Sara Jean Franco (via e-mail)