United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sara Jean Franco  
    Debtor

Case No. 20-10271-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Apr 07, 2020  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.  
db          +Sara Jean Franco,   205 Larchwood Road,   West Chester, PA 19382-7325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:

         ANN E. SWARTZ    on behalf of Creditor    LSF11 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
         ANN E. SWARTZ    on behalf of Creditor    LSF11 Master Participation Trust ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. Et Al... bkgroup@kmllawgroup.com  
         SHEETAL R. SHAH-JANI    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust sshahjani@rascrane.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                              TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | SARA JEAN FRANCO, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 20-10271 ELF |

# O R D E R

**AND NOW**, a hearing on the Motion for Relief from the Automatic Stay filed by LSF11 Master Participation Trust, By Caliber Home Loans, Inc. having been scheduled on **April 7, 2020, at 9:30 a.m.** ("the Hearing");

**AND**, due to the disruptions caused by the coronavirus pandemic, all court hearings presently being held telephonically;

**AND**, the court having continued the Hearing in order to give the Debtor instructions and the opportunity to appear at the hearing telephonically**;**

It is therefore **ORDERED** that:

1. The Hearing is **CONTINUED** to **April 21, 2020**, **at 9:30 a.m.**

2. The Debtor may appear at the Hearing telephonically by following the instructions on the court's website, found at: **https://www.paeb.uscourts.gov/file/conference-call-numbers**.

Date:  **April 7, 2020**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:    Sara Jean Franco (via e-mail)