**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                     CASE NO.: 20-10271-elf
                                                                                          **CHAPTER 13**

**Sara Jean Franco,**

   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                             Robertson, Anschutz, Schneid & Crane LLC
                                             Attorney for Secured Creditor
                                             10700 Abbott's Bridge Road, Suite 170,
                                             Duluth, GA 30097
                                             Telephone: 470-321-7112

                                    By: /s/Andrea Betts
                                        Andrea Betts, Esquire
                                        Email: abetts@rascrane.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on April 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Sara Jean Franco
205 Larchwood Road
West Chester, PA 19382

And via electronic mail to:

WILLIAM C. MILLER, Esq.
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the
U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

          Robertson, Anschutz, Schneid & Crane LLC
          Attorney for Secured Creditor
          10700 Abbott's Bridge Road, Suite 170,
          Duluth, GA 30097
          Telephone: 470-321-7112

          By: /s/Andrea Betts
          Andrea Betts, Esquire
          Email: abetts@rascrane.com