## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:      Sara Jean Franco | Chapter 13 |
|                   Debtor | Bankruptcy No. 20-10271-ELF |
|        and | |
|      Alejandro Franco | |
|                  Co-Debtor | |
| LSF11 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer, or its Successor or Assignee | |
|                  Movant | |
|       vs. | |
| WILLIAM C. MILLER, Esq., Trustee Sara Jean Franco Alejandro Franco | |
|                Respondents | |

## ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the unopposed Motion for **in rem** Relief from Stay, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) and §1301 be, and the same hereby is, MODIFIED to permit LSF11 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 635 Market Street, Oxford, Pennsylvania 19363, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

ORDERED that the automatic stay instituted upon the filing of the within bankruptcy case is hereby terminated and  Movant, its servicers, successors and/or assigns, is granted **in rem** relief as to its lien interest in the property located at 635 Market Street, Oxford, Pennsylvania 19363 (the "Mortgaged Premises"), and it is further

ORDERED that this Order shall be recorded in compliance with applicable State laws governing notices of interest or liens in real property and once recorded shall be binding in any other case brought under Title 11 of the United States Code purporting to affect the Mortgaged Premises filed not later than two (2) years after the date of the entry of this Order.

ORDERED, that Debtor shall be bound by this Order in any conversion of the instant bankruptcy case or in any subsequently filed bankruptcy case.  Any future automatic stays arising issued

and/or relating to the interest in the Mortgaged Premises of Movant shall be null and void and will not prevent the foreclosure of the Mortgaged Premises from proceeding and from being valid in all respects, and Movant shall not be required to obtain relief from any automatic stay that would otherwise be imposed by the filing of any subsequent case; and it is further

ORDERED, that this Order shall be effective immediately upon its entry, such that the fourteen day stay created by Bankruptcy Rule 4001(a)(3) or any other applicable rule is hereby waived.


_____
Eric L. Frank
United States Bankruptcy Judge

cc.:

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

Sara Jean Franco
205 Larchwood Road
West Chester, PA 19382

Alejandro Franco
635 Market Street
Oxford, PA 19363

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106