**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Sara Jean Franco<br>          Debtor<br>     and<br><br>      Alejandro Franco<br>          Co-Debtor<br><br>LSF11 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer, or its Successor or Assignee<br>          Movant<br>     vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Sara Jean Franco<br>Alejandro Franco<br>          Respondents | Chapter 13<br>Bankruptcy No. 20-10271-ELF |

**ORDER**

AND NOW, this __23rd__ day of ____April____, 20__20__, upon consideration of the unopposed Motion for *In Rem* Relief from Stay, it is hereby **ORDERED** that the automatic stay of Bankruptcy Code §362(a) and §1301 be, and the same hereby is, **MODIFIED** to permit LSF11 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other *in rem* rights it has under the mortgage or with respect to the property located at: 635 Market Street, Oxford, Pennsylvania 19363, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

**ORDERED** that *in rem* relief is granted as to the property located at 635 Market Street, Oxford, Pennsylvania 19363 (the "Mortgaged Premises") as provided in 11 U.S.C. §362(d)(4), and it is further

**ORDERED** that this Order shall be recorded in compliance with applicable State laws governing notices of interest or liens in real property and once recorded shall be binding in any other case brought under Title 11 of the United States Code purporting to affect the Mortgaged Premises filed not later than two (2) years after the date of the entry of this Order.

**ORDERED**, that Debtor shall be bound by this Order in any conversion of the instant bankruptcy case or in any subsequently filed bankruptcy case.

**ORDERED**, that this Order shall be effective immediately upon its entry, such that the fourteen day stay created by Bankruptcy Rule 4001(a)(3) or any other applicable rule is hereby waived.

_____
Eric L. Frank
United States Bankruptcy Judge

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

Sara Jean Franco
205 Larchwood Road
West Chester, PA 19382

Alejandro Franco
635 Market Street
Oxford, PA 19363

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106