UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
SARA JEAN FRANCO

Chapter 13

Debtor

Bankruptcy No. 20-10271-ELF

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: April 23, 2020**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
PRO-SE  
*  
*  
* * *
 ,

Debtor:  
SARA JEAN FRANCO

205 LARCHWOOD ROAD

WEST CHESTER, PA 19382-