United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 20-10271-elf
Sara Jean Franco                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD          Page 1 of 1           Date Rcvd: Apr 23, 2020
                         Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.
db          +Sara Jean Franco,   205 Larchwood Road,   West Chester, PA 19382-7325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:

    ANN E. SWARTZ    on behalf of Creditor   LSF11 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
    ANN E. SWARTZ    on behalf of Creditor   LSF11 Master Participation Trust ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
    BRANDON DONALD PACK    on behalf of Creditor   Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust bpack@rasnj.com
    REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort bkgroup@kmllawgroup.com
    REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. Et Al... bkgroup@kmllawgroup.com
    SHEETAL R. SHAH-JANI    on behalf of Creditor   Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust sshahjani@rascrane.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                               TOTAL: 9

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Sara Jean Franco<br>              Debtor<br>        and<br><br>    Alejandro Franco<br>              Co-Debtor<br><br>LSF11 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer, or its Successor or Assignee<br>              Movant<br>        vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Sara Jean Franco<br>Alejandro Franco<br>              Respondents | Chapter 13<br>Bankruptcy No. 20-10271-ELF |

**ORDER**

AND NOW, this 23rd day of April, 20 20, upon consideration of the unopposed Motion for *In Rem* Relief from Stay, it is hereby **ORDERED** that the automatic stay of Bankruptcy Code §362(a) and §1301 be, and the same hereby is, **MODIFIED** to permit LSF11 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other *in rem* rights it has under the mortgage or with respect to the property located at: 635 Market Street, Oxford, Pennsylvania 19363, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

**ORDERED** that *in rem* relief is granted as to the property located at 635 Market Street, Oxford, Pennsylvania 19363 (the "Mortgaged Premises") as provided in 11 U.S.C. §362(d)(4), and it is further

**ORDERED** that this Order shall be recorded in compliance with applicable State laws governing notices of interest or liens in real property and once recorded shall be binding in any other case brought under Title 11 of the United States Code purporting to affect the Mortgaged Premises filed not later than two (2) years after the date of the entry of this Order.

**ORDERED**, that Debtor shall be bound by this Order in any conversion of the instant bankruptcy case or in any subsequently filed bankruptcy case.

- 1 -

**ORDERED**, that this Order shall be effective immediately upon its entry, such that the fourteen day stay created by Bankruptcy Rule 4001(a)(3) or any other applicable rule is hereby waived.

_____
Eric L. Frank
United States Bankruptcy Judge

- 2 -

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

Sara Jean Franco
205 Larchwood Road
West Chester, PA 19382

Alejandro Franco
635 Market Street
Oxford, PA 19363

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106