```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania

In re:                                                          Case No. 20-10271-elf
Sara Jean Franco                                                Chapter 13
         Debtor                       CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD             Page 1 of 2              Date Rcvd: Apr 23, 2020
                              Form ID: pdf900            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
db             +Sara Jean Franco,    205 Larchwood Road,    West Chester, PA 19382-7325
cr             +THE BANK OF NEW YORK MELLON,    14841 DALLAS PKWY SUITE 425,    Dallas, TX 75254-8067
cr             +Wilmington Savings Fund Society, FSB, D/B/A Christ,    RAS Crane, LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
14486257       +Bank of New York Mellon,    fka The Bank of New York,    c/o Rebecca A. Solarz,Esq.,
                 701 Market St., Ste 500,    Philadelphia PA 19106-1538
14474017       +LSF11 Master Participation Trust,    c/o ANN E. SWARTZ, ESQUIRE ID,
                 123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
14473315       +LSF11 Master Participation Trust,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                 123 South Broad Street,    Philadelphia, PA 19109-1060
14493285       +NewRez LLC,    Robertson, Anschutz, Schneid & Crane LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
14488019       +NewRez LLC D/B/A Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville SC 29603-0826
14493359       +Newrez LLC,    dba Shellpoint Mortgage Servicing,    c/o Andrea Betts, Esq.,
                 10700 Abbott’s Bridge Road, Suite 170,,    Duluth, GA 30097-8461
14453060      ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:    Seterus, Inc.,    P.O. Box 1047,    Hartford CT 06143)
14453059       +Shapiro & DeNardo,    3600 Horizon Drive,    Suite 150,   King of Prussia PA 19406-4702
14453058       +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,   Highlands Ranch CO 80129-2386
14486340       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14485991       +The Bank of New York Mellon, f/k/a The Bank of New,    C/O KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14482035       +Wilmington Savings Fund Society,    dba Christiana Trust,    c/o Robertson, Anschutz, Schneid,
                 & Crane LLC,    10700 Abbott’s Bridge Road, Suite 170,,    Duluth, GA 30097-8461
14481096       +Wilmington Savings Fund Society, FSB,    Robertson, Anschutz, Schneid & Crane LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 24 2020 03:54:23      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 24 2020 03:54:19      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14484908       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 24 2020 03:54:32
                 LSF 11 Master Participation Trust,    c/o Caliber Home Loans, Inc,    13801 Wireless Way,
                 Oklahoma City   OK 73134-2500
14453061       +E-mail/Text: Diane@mvrlaw.com Apr 24 2020 03:53:50      Martha E. Von Rosenstiel, PC,
                 649 South Ave.,   Suite 7,    Secane PA 19018-3541
14456644        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 24 2020 03:54:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
14455468        E-mail/Text: bnc-quantum@quantum3group.com Apr 24 2020 03:53:59
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA   98083-0788
14488264       +E-mail/Text: bkteam@selenefinance.com Apr 24 2020 03:53:52      Wilmington Savings Fund Society,
                 C/O Selene Finance, LP,    9990 Richmond Ave. Suite 400 South,    Houston TX 77042-4546
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
cr*            +NewRez LLC,    Robertson, Anschutz, Schneid & Crane LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
cr*            +Wilmington Savings Fund Society, FSB,    Robertson, Anschutz, Schneid & Crane LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
                                                                                           TOTALS: 0, * 3, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Apr 23, 2020
                              Form ID: pdf900             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    LSF11 Master Participation Trust, by Caliber Home Loans,
               Inc., solely in its capacity as servicer ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    LSF11 Master Participation Trust ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BRANDON DONALD PACK    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A
               Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust
               bpack@rasnj.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset
               Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, successor in interest to JPMorgan Chase Bank, N.A. Et Al... bkgroup@kmllawgroup.com
              SHEETAL R. SHAH-JANI    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A
               Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust
               sshahjani@rascrane.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         Chapter 13

SARA JEAN FRANCO

                        Debtor                          Bankruptcy No. 20-10271-ELF

## **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: April 23, 2020**

                                                   Eric L. Frank
                                                   Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PRO-SE
*
*
*, * *

Debtor:
SARA JEAN FRANCO

205 LARCHWOOD ROAD

WEST CHESTER, PA 19382-